Mark L. Hejinian (SBN 281417)
ef-mlh@cpdb.com
Marcia V. Valente (SBN 321852)
ef-mvv@cpdb.com
David C. Beach (SBN 226972)
ef-dcb@cpdb.com
Charmaine G. Yu (SBN 220579)
ef-cgy@cpdb.com
Evan G. Campbell (SBN 342223)
ef-egc@cpdb.com
Darien Lo (SBN 347244)
ef-dxl@cpdb.com
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, CA 94104
Telephone: (415) 391-4800

Neil K. Sawhney (SBN 300130)
nsawhney@aclunc.org
Lauren M. Davis (SBN 357292)
ldavis@aclunc.org
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493

Marissa Hatton (SBN 348678)
mhatton@lccrsf.org
Andrew Ntim (SBN 347084)
antim@lccrsf.org
Jordan Wells (SBN 326491)
jwells@lccrsf.org
Nisha Kashyap (SBN 301934)
nkashyap@lccrsf.org
LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA
131 Steuart Street, Suite 400
San Francisco, CA 94105
Telephone: (415) 543-9444

Laura Victoria Sanchez (SBN 253736)
laura@carecensf.org
Tala Berardi Hartsough (SBN 230204)
tala@carecensf.org
CARECEN SF
3101 Mission Street, Suite 101
San Francisco, CA 94110
Telephone: (415) 642-4402

Attorneys for Petitioner

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| YULISA ALVARADO AMBROCIO,<br><br>  Petitioner,<br><br>  v.<br><br>Sergio ALBARRAN, Field Office Director of the San Francisco Immigration and Customs Enforcement Office, Kristi NOEM, Secretary of the United States Department of Homeland Security, Todd M. LYONS, Acting Director of United States Immigration and Customs Enforcement, Pamela BONDI, Attorney General of the United States, acting in their official capacities,<br><br>  Respondents. | Case No. 5:25-cv-10215-PCP<br><br>**STIPULATION AND [PROPOSED] ORDER RE: FILING OF REPLY/TRAVERSE**<br><br>Trial Date:     None Set |

1 | Petitioner YULISA ALVARADO AMBROCIO and Defendants SERGIO ALBARRAN,
2 | Field Office Director of the San Francisco Immigration and Customs Enforcement Office, KRISTI
3 | NOEM, Secretary of the United States Department of Homeland Security, TODD M. LYONS,
4 | Acting Director of United States Immigration and Customs Enforcement, PAMELA BONDI,
5 | Attorney General of the United States hereby state as follows:

6 | WHEREAS, Petitioner Yulisa Alvarado Ambrocio filed an amended writ of habeas corpus
7 | on December 1, 2025,

8 | WHEREAS, Respondents filed a Return and Opposition to Petitioner's Writ of Habeas
9 | Corpus on December 15, 2025,

10 | WHEREAS, Petitioner seeks to file a Reply/Traverse to Respondents' Return and
11 | Opposition,

12 | WHEREAS, the parties stipulate that Petitioner Yulisa Alvarado Ambrocio may file and
13 | serve a Reply/Traverse on or before January 16, 2026.

14

15 | DATED: January 7, 2026        LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF
                                    THE SAN FRANCISCO BAY AREA
16
                                    By:    */s/ Jordan Wells*
17                                         MARISSA HATTON
                                           ANDREW NTIM
18                                         JORDAN WELLS
                                           NISHA KASHYAP
19                                         Attorneys for Petitioner
20
21 | DATED: January 7, 2026        CARECEN SF

                                    By:    */s/ Laura Victoria Sanchez*
22                                         LAURA VICTORIA SANCHEZ
                                           TALA BERARDI HARTSOUGH
23                                         Attorneys for Petitioner
24
25
26
27
28

1 | DATED: January 7, 2026 | AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA

By: */s/ Neil K. Sawhney*
NEIL K. SAWHNEY
LAUREN M. DAVIS
Attorneys for Petitioner

DATED: January 7, 2026 | COBLENTZ PATCH DUFFY & BASS LLP

By: */s/ Mark L. Hejinian*
MARK L. HEJINIAN
MARCIA V. VALENTE
DAVID C. BEACH
CHARMAINE G. YU
EVAN G. CAMPBELL
DARIEN LO
Attorneys for Petitioner

DATED: January 7, 2026 | ASSISTANT UNITED STATES ATTORNEY

By: */s/ Douglas Johns*
DOUGLAS JOHNS
Attorneys for Respondents

**ATTESTATION**

I, Mark L. Hejinian, am the ECF user whose identification and password are being used to file the **STIPULATION AND [PROPOSED] ORDER RE: FILING OF REPLY/TRAVERSE**. In compliance with LR 5-1(i)(3), I hereby attest that all parties have concurred in this filing.

DATED: January 7, 2026                    COBLENTZ PATCH DUFFY & BASS LLP

By:   */s/ Mark L. Hejinian*
      MARK L. HEJINIAN
      Attorneys for Petitioner

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation, and good cause appearing therefor, it is the ORDER of this Court that:

Petitioner Yulisa Alvarado Ambrocio may file and serve a Reply/Traverse on or before January 16, 2026.

**IT IS SO ORDERED.**

DATED: January _8_, 2026

_____
HON. P. CASEY PITTS
United States District Court Judge